UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 12-762 (FSH) |
| SUNG-HEE BAE,<br>a/k/a "Tina Bae" | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato and Lisa M. Colone, Assistant U.S. Attorneys, appearing), and defendant Sung-Hee Bae, a/k/a "Tina Bae" (James R. Murphy, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charge in this case is the result of a lengthy investigation, and the discovery involves, *inter alia*, numerous audio and video recordings, which are primarily in the Korean language, which defense counsel requires adequate time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 11th day of December, 2012,

ORDERED that this action be, and hereby is, continued until March 4, 2013; and it is further

ORDERED that the period from the date of this order through March 4, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further.

ORDERED that the calendar in this matter is as follows:

    Defense motions:    February 1, 2013

    Government response:    February 15, 2013

    Motions hearing:    to be set

    Trial:    March 4, 2013

_____
HON. FAITH S. HOCHBERG
United States District Judge

Form and entry
consented to:

_____
Lisa M. Colone
Assistant U.S. Attorney


_____
James R. Murphy, Esq.
Counsel for defendant Sung-Hee Bae